UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARS WINKELBAUER,<br>ABILASH KURIEN,<br>CARLTON LLEWELLYN,<br>ROBERT SCHIRMER,<br>SKYE XU,<br>BENJAMIN WEI,<br>   a/k/a "Ben Wei,"<br>ALVARO LOPEZ,<br>FABIOLA CINO,<br>ORLANDO WONG, and<br>PATRICK LAU,<br>   a/k/a "Pat Lau,"<br><br>                  Defendants. | Case No. 23 Cr. 133 |

## NOTICE OF APPEARANCE

TO:    Clerk of the Court and All Parties of Record

PLEASE TAKE NOTICE that NOAM BIALE of Sher Tremonte LLP, an attorney duly admitted to practice before this Court, hereby enters an appearance in this action as counsel for Defendant Abilash Kurien.

Dated: New York, New York
       April 12, 2023

                                    SHER TREMONTE LLP

                                    By:   */s/ Noam Biale*
                                           Noam Biale

                                    90 Broad Street, 23rd Floor
                                    New York, New York 10004
                                    (212) 202-2600
                                    nbiale@shertremonte.com