UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

LARS WINKELBAUER,
ABILASH KURIEN,
CARLTON LLEWELLYN,
ROBERT SCHIRMER,
SKYE XU,
BENJAMIN WEI,
   a/k/a "Ben Wei,"
ALVARO LOPEZ,
FABIOLA CINO,
ORLANDO WONG, and
PATRICK LAU,
   a/k/a "Pat Lau,"

               Defendants.

Case No. 23 Cr. 133

## NOTICE OF APPEARANCE

TO:    Clerk of the Court and All Parties of Record

      PLEASE TAKE NOTICE that REBECCA PRAGER of Sher Tremonte LLP, an attorney duly admitted to practice before this Court, hereby enters an appearance in this action as counsel for Defendant Abilash Kurien.

Dated:  New York, New York
         April 18, 2023

SHER TREMONTE LLP

By:   */s/ Rebecca Prager*
       Rebecca Prager

90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
rprager@shertremonte.com