# SHER TREMONTE LLP

May 25, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #73. SO ORDERED.

*[signature]*

May 30, 2023

          Re:    *United States v. Lars Winkelbauer, et al.*
                 (23 Cr. 133)

Dear Judge Furman:

    We represent Abilash Kurien in the above-captioned action. Mr. Kurien has a previously planned family vacation for which he is seeking permission from the Court to travel. The trip will be to Lake Tahoe from July 15 to July 21, 2023. Mr. Kurien would fly into and out of Reno, Nevada. The government does not object to this request and Mr. Kurien's Connecticut Pretrial Services Officer takes no position. If the Court grants permission, Mr. Kurien will provide Pretrial Services with flight and lodging details.

    We appreciate the Court's consideration.

                                       Respectfully submitted,

                                       */s/ Justine Harris*

                                       Justine Harris
                                       Rebecca Prager

cc:    All parties (via ECF)