SHER TREMONTE LLP

November 30, 2023

**BY ECF**

Application GRANTED.  The Clerk of Court is directed to terminate Docket No. 161.

SO ORDERED.

November 30, 2023

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Abilash Kurien, et al.*
          (23 Cr. 133)

Dear Judge Furman:

We represent Abilash Kurien. Mr. Kurien was recently hired as a consultant for Arka Information Systems, a technology services and consulting firm. Mr. Kurien's projects will be mainly in the tristate area, but there will also be some projects throughout Florida, and the company would like Mr. Kurien to be able to travel there on a regular basis. Mr. Kurien's travel is currently restricted to the District of Connecticut, the District of New Jersey, the Southern and Eastern Districts of New York, the District of Massachusetts, and points in between for travel. We write to respectfully request a modification of Mr. Kurien's bond conditions to permit travel to and within the Middle, Northern, and Southern Districts of Florida.

The government and Mr. Kurien's Pretrial Services Officer do not have any objections to the proposed modification.

We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Justine Harris*

Justine Harris
Amanda Greenfield
Rebecca Prager

cc:     All parties (via ECF)
          Pretrial Services Officer Lisa van Sambeck (via email)