```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                            :
UNITED STATES OF AMERICA
                                            :     CONSENT PRELIMINARY ORDER
            - v. -                                 OF FORFEITURE/
                                            :     MONEY JUDGMENT
ABILASH KURIEN,
                                            :     S8 23 Cr. 133 (JMF)
            Defendant.
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

WHEREAS, on or about February 28, 2024, ABILASH KURIEN (the "Defendant"), was charged in a superseding Information, S8 23 Cr. 133 (JMF) (the "Information"), with conspiracy to commit wire fraud and money laundering, in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, the Information included a forfeiture allegation as to the wire fraud object of Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the wire fraud object of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the wire fraud object of the offense charged in Count One of the Information;

WHEREAS, the Information included a second forfeiture allegation as to the money laundering object of Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the money laundering object of the offense charged in Count One of the Information, or any property traceable to such property, including but not limited to a sum of

money in United States currency representing the amount of property involved in the money laundering object of the offense charged in Count One of the Information;

WHEREAS, on or about February 28, 2024, the Defendant pled guilty to Count One the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegations with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and Title 28, United States Code, Section 2461(c), a sum of money equal to $7,192,064.41 in United States currency, representing proceeds traceable to the commission of the wire fraud object of the offense charged in Count One of the Information, and the property involved in the money laundering object of the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $7,192,064.41 in United States currency, representing the amount of proceeds traceable to the wire fraud object of the offense charged in Count One of the Information that the Defendant personally obtained, and the property involved in the money laundering object of the offense charged in Count One of the Information; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the wire fraud object of the offense charged in Count One of the Information that the Defendant personally obtained, and the property involved in the money laundering object of the offense charged in Count One of the Information, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States

Attorneys Kevin B. Mead, Katherine C. Reilly, Qais Ghafary, and Danielle M. Kudla, of counsel, and the Defendant and his counsel, Justine Aleta Harris, Esq., that:

1. As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of $7,192,064.41 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the wire fraud object of the offense charged in Count One of the Information that the Defendant personally obtained, and the property involved in the money laundering object of the offense charged in Count One of the Information, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant ABILASH KURIEN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: */s/ Kevin Mead*                                             2/22/2024
     Kevin Mead                                               DATE
     Katherine C. Reilly
     Qais Ghafary
     Danielle M. Kudla
     Assistant United States Attorneys
     One St. Andrew's Plaza
     New York, NY 10007
     (212) 637-2211/6521/1930/2304

ABILASH KURIEN

By: _[signature]_                                                    2/28/24  JMF
     ABILASH KURIEN                                        DATE

By: _[signature]_                                                    2/28/24  JMF
     Justine Aleta Harris, Esq.                             DATE
     Sher Tremonte LLP
     Attorneys for Defendant
     90 Broad Street
     New York, NY 10004
     (212) 202-2600

SO ORDERED:

_[signature]_                                                            2/29/24
HONORABLE JESSE M. FURMAN                              DATE
UNITED STATES DISTRICT JUDGE