**SHER TREMONTE LLP**

April 1, 2024

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #236.

SO ORDERED.

*[signature]*

April 2, 2024

Re:   *United States v. Lars Winkelbauer, et al.*
      (23 Cr. 133)

Dear Judge Furman:

    We write on behalf of our client, Abilash Kurien, regarding the transcript of Mr. Kurien's change of plea hearing held on February 28, 2024 (ECF No. 216). We filed a Notice of Intent to Request Redaction on March 13, 2024 (ECF No. 224). We respectfully request the Court's permission to redact from the transcript certain information relating to Mr. Kurien's physical health. Defense counsel has transmitted a copy of the transcript with proposed redactions highlighted in yellow to the Court via electronic mail. We have conferred with the government, which had no objections to the proposed redactions.

    Respectfully submitted,

    */s/ Justine Harris*

    Justine Harris
    Amanda Greenfield
    Rebecca Prager

cc:   All parties (via ECF)