# SHER TREMONTE LLP

August 8, 2024

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #302. SO ORDERED.

[signature]

August 8, 2024

          *Re:*    *United States v. Lars Winkelbauer, et al.*
                 (23 Cr. 133)

Dear Judge Furman:

      We represent Abilash Kurien in the above-captioned action. Mr. Kurien is seeking permission from the Court to travel for a family trip to Bolton Landing, NY (in the Northern District of New York) from August 12 to August 15. The government and Mr. Kurien's Connecticut Pretrial Services Officer do not object to this request. Mr. Kurien has provided his Pretrial Services Officer with the details of his travel and lodging.

      We appreciate the Court's consideration.

                                           Respectfully submitted,

                                           */s/ Justine Harris*

                                           Justine Harris
                                           Rebecca Prager

cc:     All parties (via ECF)
         Pretrial Services Officer Lisa van Sambeck (via email)