# SHER TREMONTE LLP

August 12, 2024

**BY ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States v. Lars Winkelbauer, et al.*, 23 Cr. 133 (JMF)

Dear Judge Furman:

We represent Abilash Kurien in the above-captioned matter. We write to respectfully request that the Court adjourn Mr. Kurien's sentencing, which is currently scheduled for August 27, 2024. The adjournment is requested because counsel is not available on that date, and we need additional time to prepare Mr. Kurien's sentencing memorandum and collect supporting documents.

The government has no objection to the requested adjournment. The parties are available on September 20, 2024, or any date thereafter that is convenient for the Court.

This is our first request for an adjournment of Mr. Kurien's sentencing.

We appreciate the Court's consideration and apologize for any inconvenience.

Application GRANTED. The sentencing, presently scheduled for August 27, 2024, is hereby ADJOURNED to **October 1, 2024, at 3:00 p.m.** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. The Clerk of Court is directed to terminate ECF No. 307.

SO ORDERED.

*[signature]*

August 13, 2024

Respectfully submitted,

*/s/ Justine Harris*

Justine Harris
Rebecca Prager