# SHER TREMONTE LLP

September 18, 2024

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     **Re:** *United States v. Abilash Kurien*, 23 Cr. 133 (JMF)

Dear Judge Furman,

     Consistent with the Court's individual rules and practices, in connection with defendant Abilash Kurien's sentencing submission, ECF No. 348, we seek to file three exhibits under seal: (1) a letter from Dr. Robyn Landow, Ph.D., that discusses Mr. Kurien's mental health (Exhibit 2); (2) photos of Mr. Kurien's minor children (Exhibit 5); and (3) Mr. Kurien's medical records (Exhibit 6). Because these materials contain information "requiring caution" pursuant to the SDNY's ECF Privacy Policy, sealing is appropriate.

     We appreciate the Court's consideration.

                        Respectfully submitted,

                        */s/ Justine A. Harris*
                        Justine A. Harris
                        Amanda Greenfield
                        Rebecca Prager

Application GRANTED on a temporary basis. The Court will address whether to grant the application on a permanent basis at sentencing. The Clerk of Court is directed to terminate ECF No. 349.

SO ORDERED.

*[signature]*

September 19, 2024