**SHER TREMONTE LLP**

November 25, 2024

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    *Re:* *United States v. Lars Winkelbauer, et al.*
      (23 Cr. 133)

Dear Judge Furman:

  We write on behalf of our client, Abilash Kurien, regarding the transcript of Mr. Kurien's sentencing held on October 1, 2024 (ECF No. 418). We filed a Notice of Intent to Request Redaction on November 7, 2024 (ECF No. 422). We respectfully request the Court's permission to redact from the transcript certain medical and individual financial information. Defense counsel has transmitted a copy of the transcript with proposed redactions highlighted in yellow to the Court via electronic mail. We have conferred with the government, which had no objections to the proposed redactions.

           Respectfully submitted,

           */s/ Justine Harris*

           Justine Harris
           Amanda Greenfield
           Rebecca Prager

cc: All parties (via ECF)

Application GRANTED. Counsel shall provide a copy of the highlighted transcript to the Court Reporters. The Clerk of Court is directed to terminate Doc. # 429.

SO ORDERED.

*[signature]*

November 26, 2024