UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABILASH KURIEN,<br><br>Defendant. | Case No. 23 Cr. 133 (JMF)<br><br>[PROPOSED] ORDER<br>EXONERATING BOND |

WHEREAS, on April 12, 2023, this Court ordered the release of Mr. Kurien on a $750,000 unsecured bond cosigned by two suretors.

WHEREAS, Mr. Kurien was required under the conditions of his release to surrender his travel documents to Pretrial Services.

WHEREAS, Mr. Kurien has fully complied with the terms of this bond.

WHEREAS, on October 1, 2024, this Court sentenced Mr. Kurien to be imprisoned for a term of 32 months, followed by three years' supervised release.

IT IS HEREBY ORDERED, upon the application of counsel for Mr. Kurien, that Mr. Kurien's bond in this matter is hereby exonerated and released, and all suretors on Mr. Kurien's bond are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED, upon application of counsel for Mr. Kurien, that Pretrial Services return Mr. Kurien's travel documents to an employee of Sher Tremonte LLP, his attorneys of record. The Clerk of Court is directed to terminate Doc. #463.

Dated: New York, New York
       February 10, 2025

SO ORDERED

_____
The Honorable Jesse M. Furman
District Judge, United States District Court
Southern District of New York